| | | | |
|---|---|---|---|
| State v. Rodenhurst | 18207 | 4/29/97 | Vacated and Remanded |
| Doe, In Re: Jane (DOB 3/5/91) | 18240 | 4/29/97 | Affirmed |
| Shigekane v. Rainbow Chevrolet, Inc. | 17913 | 4/30/97 | Affirmed in part, Vacated and Remanded in part |
| Doe, In Re: Jane (DOB 5/12/91) | 18331, 18353 | 4/30/97 | Affirmed |
| State v. Soares | 18538 | 4/30/97 | Vacated and Remanded |
| State v. Torres | 18906 | 4/30/97 | Vacated and Remanded |
| Doe v. Doe | 17960 | 4/30/97 | Affirmed |
| State v. Rosado | 18546 | 4/30/97 | Affirmed |

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Napulou | 17653 | 4/28/97 | Denied | 85 Hawai'i 49, 936 P.2d 1297 |